```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

UNITED STATES OF AMERICA						PLAINTIFF/RESPONDENT

    v.          Civil No. 05-5171
              Criminal No. 04-50015-003

ANTONIO MERCADO								DEFENDANT/MOVANT

## **O R D E R**

There is presented to the court the Motion to Withdraw [document no. 148] filed by Attorney Dale Casto. The court, upon consideration of the motion, finds that it should be and is hereby GRANTED and that Attorney Casto is allowed to withdraw as attorney for the defendant/movant.

SO ORDERED this 7th day of April 2006.

                                      **/s/ Beverly Stites Jones**
                                      HONORABLE BEVERLY STITES JONES
                                      UNITED STATES MAGISTRATE JUDGE